**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**JULIA CORREIA**                                                                **PLAINTIFF**

**v.**                         **CASE NO. 6:17CV-6082 PKH**

**GLEN JONES**                                                             **DEFENDANTS**

**NOTICE OF APPEARANCE**

Assistant Attorney General Ka Tina R. Hodge, hereby enters her appearance as counsel for Defendant, Glen Jones and requests that all future service and correspondence be sent accordingly.

I hereby certify that I am admitted to practice in this Court and respectfully place the Clerk of the Court and all parties of record on notice of my appearance.

                                        Respectfully submitted,

                                        LESLIE RUTLEDGE
                                        Attorney General


                          By:    /s/ Ka Tina R. Hodge
                                 Ka Tina R. Hodge
                                 Ark Bar No. 2003100
                                 Assistant Attorney General
                                 Arkansas Attorney General's Office
                                 323 Center Street, Suite 200
                                 Little Rock, AR 72201
                                 Phone:  (501) 682-1307
                                 Fax:    (501) 682-2591
                                 Email:  KaTina.Hodge@arkansasag.gov

                                 *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Ka Tina R. Hodge, do hereby certify that on November 2, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to any participants.

/s/ *Ka Tina R. Hodge*
Ka Tina R. Hodge