UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JULIA CORREIA                                                                    PLAINTIFF

VS.                                    NO. 6:17-cv-06082

GLENN JONES, Individually, and
in his Official Capacity as Chancellor
of Henderson State University                                                    DEFENDANT

## **JUDGMENT**

Pursuant to the order entered in this case on this date, Plaintiff's gender discrimination claims and Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED WITH PREJUDICE. Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 24th day of September, 2018.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE